IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ashley Overbey, et al. *

**Plaintiff,**

                                *

v.                              Case No. 1:17-cv-1793

                                *

The Mayor and City Council of Baltimore, et al.

**Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that **Baltimore Brew LLC**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

June 29, 2017

Date

/s/ Daniel W. Wolff

Signature

Daniel W. Wolff, USD MD No. 19940

Printed name and bar number

1001 Pennsylvania Avenue NW, Washington, D.C. 20004

Address

DWolff@crowell.com

Email address

(202) 624-2500

Telephone number

(202) 628-5116

Fax number