IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ashley Overbey, et al.

Plaintiff,

v.

Mayor and City Council of Baltimore

~~Defendant.~~

\*
\*
\*
\*
\*

Case No. 17-JFM-1793

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

June 30, 2017
Date

*[Signature]*
Signature

Deborah A. Jeon, Bar # 60905
Printed name and bar number

ACLU of Maryland 3600 Clipper Mill Rd., Baltimore, MD 20122
Address

jeon@aclu-md.org
Email address

410-889-9550 x120
Telephone number

410-366-7838
Fax number