IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Overbey et al.
**Plaintiff,**

v.

Mayor and City Council of Baltimore et al.
**Defendant.**

Case No. 1:17-cv-01793-JFM

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the plaintiffs

I certify that I am admitted to practice in this Court.

June 30, 2017
Date

Signature

Nicholas T. Steiner 19670
Printed name and bar number

3600 Clipper Mill Rd Suite 350, Baltimore MD, 21211
Address

steiner@aclu-md.org
Email address

410-889-8550 ex 139
Telephone number

410-366-7838
Fax number

EntryofAppearanceCivil (08/2015)