# **EXHIBIT 2**

## Circuit Court of Maryland

Go Back Now

### Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C13005375**
Title: **Ashley Amaris Overbey, et al vs Police Officer Fred E Hannah, et al**
Case Type: **Other Tort**   Filing Date: **08/28/2013**
Case Status: **Closed/Inactive**
Case Disposition: **Settlement Order**   Disposition Date: **08/06/2014**

### Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*

Party Type: **Plaintiff**   Party No.: **1**
Name: **Overbey, Ashley Amaris**
Address: **3320 Saint Ambrose Avenue**
City: **Baltimore**   State: **MD**   Zip Code: **21215**

*Attorney(s) for the Plaintiff/Petitioner*

Name: **Smith, Jr, Robert L**
Appearance Date: **08/28/2013**
Practice Name:
Address: **2317 N. Charles Street**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

Party Type: **Plaintiff**   Party No.: **2**
Name: **Kelly, Jenean Derrise**
Address: **130 N Glover Street**
City: **Baltimore**   State: **MD**   Zip Code:

*Attorney(s) for the Plaintiff/Petitioner*

Name: **Smith, Jr, Robert L**
Appearance Date: **08/28/2013**
Practice Name:
Address: **2317 N. Charles Street**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

### Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*

Party Type: **Defendant**   Party No.: **1**
Business or Organization Name: **Police Officer Fred E Hannah**
Address: **Baltimore Police Dept Northeast District**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

*Attorney(s) for the Defendant/Respondent*

Name: **Robinson, Jr, Dennis M**
Appearance Date: **01/17/2014**
Practice Name: **Whiteford, Taylor & Preston L.L.P**
Address: **Seven Saint Paul St.**
**Suite 1300**
City: **Baltimore**   State: **MD**   Zip Code: **21202-1626**

Party Type: **Defendant**   Party No.: **2**
Business or Organization Name: **Police Officer Martin Richardson**

Address: **Baltimore Police Dept Northeast District**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

*Attorney(s) for the Defendant/Respondent*

Name:   **Robinson, Jr, Dennis M**
Appearance Date: **01/17/2014**
Practice Name:   **Whiteford, Taylor & Preston L.L.P**
Address:   **Seven Saint Paul St.**
           **Suite 1300**
City:   **Baltimore**   State: **MD**   Zip Code: **21202-1626**

Party Type: **Defendant**   Party No.: **3**
Business or Organization Name: **Police Officer Grant Galing**
Address: **Baltimore Police Dept Northeast District**
City:   **Baltimore**   State: **MD**   Zip Code: **21218**

*Attorney(s) for the Defendant/Respondent*

Name:   **Robinson, Jr, Dennis M**
Appearance Date: **01/17/2014**
Practice Name:   **Whiteford, Taylor & Preston L.L.P**
Address:   **Seven Saint Paul St.**
           **Suite 1300**
City:   **Baltimore**   State: **MD**   Zip Code: **21202-1626**

**Court Scheduling Information**

Event Type: **Pre-Trial Conference**   Notice Date: **03/21/2014**
Event Date: **08/05/2014**   Event Time: **11:00 AM**
Result:   **Postponed**   Result Date: **07/31/2014**

Event Type: **Pre-Trial Conference**   Notice Date: **07/31/2014**
Event Date: **08/06/2014**   Event Time: **10:00 AM**
Result:   **Settled at Settlement Conference**   Result Date: **08/06/2014**

Event Type: **Civil Trial**   Notice Date:
Event Date: **09/05/2014**   Event Time: **09:30 AM**
Result:   **Cancelled/Vacated**   Result Date: **08/13/2014**

**Document Tracking**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Doc No./Seq No.: **1/0**
File Date:   **08/28/2013**   Entered Date: **08/29/2013**   Decision:
Party Type:   **Plaintiff**   Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**
               **Filed by PLT001-Overbey, PLT002-Kelly**

Doc No./Seq No.: **1/1**
File Date:   **01/17/2014**   Entered Date: **01/27/2014**   Decision:
Party Type:   **Defendant**   Party No.: **1**
Document Name: **Answer To Plaintiffs' Complaint**
               **Filed by DEF001-Police Officer Fred E Hannah, DEF002-Police Officer Martin Richardson, DEF003-Police Officer Grant Galing**

Doc No./Seq No.: **2/0**
File Date:   **10/09/2013**   Entered Date: **10/10/2013**   Decision:
Party Type:   **Defendant**   Party No.: **1**
Document Name: **Return of Service - Served**
               **WRIT OF SUMMONS (Private Process) served 09/27/13**

| | |
|---|---|
| Doc No./Seq No.: | 3/0 |
| File Date: | 12/09/2013   Entered Date: 12/13/2013   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Request to Reissue Summons |
| | Filed by PLT001-Overbey, PLT002-Kelly |

| | |
|---|---|
| Doc No./Seq No.: | 4/0 |
| File Date: | 02/03/2014   Entered Date: 02/03/2014   Decision: |
| Document Name: | Standard Short Track Scheduling Order Se |

| | |
|---|---|
| Doc No./Seq No.: | 5/0 |
| File Date: | 03/21/2014   Entered Date: 03/21/2014   Decision: |
| Document Name: | Batch Hearing Notice Sent |
| | Event: PTC Block Date: 08/05/14 Facility: 511PARTIES : Robinson, Dennis Seven Saint Paul St. , Baltimore, MD, 212021626Smith, Robert 2317 N. Charles Street , Baltimore, MD, 21218 |

| | |
|---|---|
| Doc No./Seq No.: | 6/0 |
| File Date: | 04/21/2014   Entered Date: 04/21/2014   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material (4) |
| | Filed by DEF001-Police Officer Fred E Hannah, DEF002-Police Officer Martin Richardson, DEF003-Police Officer Grant Galing |

| | |
|---|---|
| Doc No./Seq No.: | 7/0 |
| File Date: | 06/11/2014   Entered Date: 06/11/2014   Decision: |
| Document Name: | Reminder Notice Sent |

| | |
|---|---|
| Doc No./Seq No.: | 8/0 |
| File Date: | 06/12/2014   Entered Date: 06/13/2014   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |
| | Filed by DEF001-Police Officer Fred E Hannah, DEF002-Police Officer Martin Richardson, DEF003-Police Officer Grant Galing |

| | |
|---|---|
| Doc No./Seq No.: | 9/0 |
| File Date: | 06/13/2014   Entered Date: 06/17/2014   Decision: |
| Party Type: | Plaintiff   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |
| | Filed by PLT001-Overbey, PLT002-Kelly |

| | |
|---|---|
| Doc No./Seq No.: | 10/0 |
| File Date: | 07/24/2014   Entered Date: 07/25/2014   Decision: |
| Party Type: | Defendant   Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |
| | Filed by DEF001-Police Officer Fred E Hannah, DEF002-Police Officer Martin Richardson, DEF003-Police Officer Grant Galing |

| | |
|---|---|
| Doc No./Seq No.: | 11/0 |
| File Date: | 07/31/2014   Entered Date: 07/31/2014   Decision: |
| Document Name: | Hearing/Trial Notice Sent |
| | Event: PTC Block Date: 08/06/14 Facility: 511PARTIES : Robinson, Dennis Seven Saint Paul St. , Baltimore, MD, 212021626Smith, Robert 2317 N. Charles Street , Baltimore, MD, 21218 |

| | |
|---|---|
| Doc No./Seq No.: | 12/0 |
| File Date: | 08/04/2014   Entered Date: 08/04/2014   Decision: Approved |
| Document Name: | Civil Postponement Approved |

pre-trial 8/06/14 10:pm judge fletcher-hill

**Doc No./Seq No.:** 13/0
**File Date:**     08/13/2014    **Entered Date:** 08/13/2014    **Decision:** Granted
**Document Name:** Full-Settlement Order
                 Cost are Exempt, City is Deft

**Doc No./Seq No.:** 13/1
**File Date:**     08/13/2014    **Entered Date:** 08/13/2014    **Decision:**
**Document Name:** Copies Mailed

**Doc No./Seq No.:** 14/0
**File Date:** 09/12/2014   **Entered Date:** 09/16/2014   **Decision:**
**Party Type:** Plaintiff   **Party No.:** 1
**Document Name:** Stipulation of Dismissal

Filed by PLT001-Overbey, PLT002-Kelly, DEF001-Police Officer Fred E Hannah, DEF002-Police Officer Martin Richardson, DEF003-Police Officer Grant Galing

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*