# **EXHIBIT 4**





- Ashley Overbey Well I was the victim Victor Del Rio and FYI I WASNT TRYIN TO GET A CHECK! U white people in this city really URK me bc all of you believe the government and cops are golden and all us blacks jus lookin for a check.. WELL I PAY MY TAXES AND WORK JUS LIKE YOU AND THESE COPS BEAT ME FOR NO REASON OTHER THAN BC THEY CAN! I WANTED BADGES ON THE TABLE BC THEY SHLDNT BE ON THE STREETS BUT THE CITY WLDNT ALLOW THAT TO HAPPEN SO BEFORE U GO COMMENTING ON WHAT U DNT KNO DO US ALL A FAVOR AND DONT SAY ANYTHING! its always the ones who dnt kno jack wit the most to say! We argued bc the cops violated my home and were unprofessional from the time they arrived SO STOP BEING IGNORANT bc not al that u read is true and this article is no where near CLOSE TO WHAT REALLY HAPPENED!!! And for anyone else who has a negative opinion this is for you too!!! I wont say any more nor will I respond to anything else now that ive made my point.. The level of ignorance in this city is pathetic tho and facts r it mostly comes from these high and mighty white folks who feel they r entitled to EVERYTHING and we as black people arent! Well there are plenty of us who do work and do rite as citizens... So get a damn grip and most of alll MIND UR BUSINESS BC IM THE ONE WHO WAS THE VICTIM AND HAS TO DEAL WIT ALL THE BS BEHIND THIS INCIDENT! Take care now

  Like · Reply · 6 · 18 hours ago

  - o  Victor Del Rio I almost missed this because you didn't post this in the original thread. "U white people" "All us blacks"? Sounds like you have problems communicating without instigating. No wonder you ran into trouble. Good luck with that.

    Like · 4 · 14 hours ago

  - o  Ginny Sly LOL.

    Like · 1 · 13 hours ago

  - o  Tobias Betty Tabeezus Beatty $63k is a good chunk of money to put down on a house somewhere outside of Baltimore. Maybe even upgrade your car if you need to. Fast track out of the city. Get away from the crime and the stupidity.

    Like · 2 · 7 hours ago

  - o  Victor Del Rio Tobias Betty Tabeezus Beatty Someone's movin' on up!

    Like · 6 hours ago

  Patrick Ross Wow.....and she got tasered?...Go figure

  Like · Reply · 4 · 16 hours ago

- Ashley Overbey Thx to all wit POSITIVE things to say!!!!
  LOL victor!! You sir are a sad case so ill just continue to laugh at u!!
  And Rayne whoever you are... lol IT BECAME A BLACK WHITE THING WHEN PEOPLE MADE IT DAT WAY! Far from a racist sweetheart my kid is half white LOL but I dislike any person who comes for me without ALL FACTS! PERIOD and fyi all the negativity has been from the WHITE citizens swear the lil black girl was actn "ghetto" jus to get a check and YES I SPOKE ON IT so my dear IF u dnt like it all u have to do IS MIND UR BUSINESS LIKE I STATED BEFORE... This was my life and MY privacy was invaded by this article... I cld talk to the papers BUT I have nothing to prove to ANY OF U... I jus hate ignorance so yea when its too stupid I jus have to address it... That is all folks... Take care♡♡

  Like · Reply · 1 · 3 hours ago

- Gary Fanning What a load of BS

  Like · Reply · 2 · 22 hours ago

- Ashley Overbey and FYI Victor IF I WAS SUCH THE BAD GUY PLS TELL ME WHY ALL CHARGES AGAISNT ME WERE THROWN OUT BY THE STATE?! Dnt worry I'll wait..... #IHateStupidPeople #HeGotItAllFiguredOutFromOneArticle #YouRiteTho

  Like · Reply · 3 hours ago

- Christine Mike Wimsatt The police have been militrized! Welcome to the NEW WORLD ORDER! MIKE

  Like · Reply · 3 hours ago

- Rayne Mattes How did this become a black/white thing? This is why we will never move forward. Too many people only caring about skin tone. You, miss, are ridiculous and a racist.

  Like · Reply · 6 hours ago

- Rhonda Wimbish The tax payers have to pick up the bill for police officers misconduct.

  Like · Reply · 12 hours ago

- Michael J. Frangos is that after taxes?

  Like · Reply · 13 hours ago

- **Cyndi Slacum** Justice

  Like · Reply · 16 hours ago

- **Andy Malecki** That was a quick swing from "ALL other ...cases" to "in most cases...no".

  Like · Reply · 21 hours ago

  - **Victor Del Rio** Talk about a quick swing you missed the original thread. Happy hour?

    Like · 21 hours ago

  - **Victor Del Rio** To answer you, you're confusing my original statement (victims initiate injuries) and his question (but do LEOs act excessively). You're welcome.

    Like · 20 hours ago

- **Lionel Burton** The removal of that Mayor needs to happen quickly. Constant payouts of settlements for more than 25K

  Like · Reply · 2 hours ago

- **John D'Onofrio** Cop Spike Project Baltimore Cop Block Cop Block

  Like · Reply · 21 hours ago

- **Kevin Ray** Bpd deserves a refund for sure.

  Like · Reply · 13 hours ago

  - **Joe Doherty** So police never, ever act excessively? It is always just someone looking for a check?

Like · 1 · 21 hours ago

- Victor Del Rio Most of the cases in the news, no. Yes. I've not prepared a Powerpoint presentation but, in this case, it clearly states "Overbey got into a "verbal confrontation" and not vice versa.

    Like · 21 hours ago · Edited

- Lynda Gomeringer For cops, a verbal confrontation can be anything they don't want to hear. Just wait until you try to defend yourself. Cops are out of control and most are scared to death so they just flip out.

    Like · 2 · 15 hours ago

- Victor Del Rio Lynda Gomeringer And for someone, who called them out on an attempted burglary, to get "charged" with that, it was probably threats and insults (verbal assault)....and that fraud got her check. There's goes some disabled kid's tutor.

    Like · 7 hours ago

- Joe Doherty So police never, ever act excessively? It is always just someone looking for a check?

    Like · 1 · 21 hours ago

- Victor Del Rio Most of the cases in the news, no. Yes. I've not prepared a Powerpoint presentation but, in this case, it clearly states "Overbey got into a "verbal confrontation" and not vice versa.

    Like · 21 hours ago · Edited

