**<u>EXHIBIT 5</u>**

CITY OF BALTIMORE

STEPHANIE RAWLINGS-BLAKE, Mayor



DEPARTMENT OF LAW

GEORGE A. NILSON, City Solicitor
101 City Hall
Baltimore, Maryland 21202

Phone: 396-3659  Fax: 410-547-1025

October 8, 2014

Robert L. Smith, Esquire
2317 North Charles Street
Baltimore, MD 21218

Re: *Ashley Overbey, et al. v. Officer Hannah, et al.*
Case No.: 24-C-13-005375

Dear Mr. Smith:

Please find enclosed herein, our checks in connection with the settlement of the above-referenced matter. Ms. Martin's check is made payable to her and you as her counsel in the amount of $13,000.

As you are aware, the settlement of this matter was not based upon the City's determination that the involved officers did anything wrong. Rather, the allegations asserted by your client remained hotly disputed. This matter was settled because both parties (your clients and the City) believed that it was more prudent to resolve this disputed matter amicably and avoid the time, expense and uncertainties of further protracted litigation. As you are aware, notwithstanding this and Ms. Overbey's express agreement to limit her comments regarding the matter, your client has made a number of comments regarding the case. Accordingly, pursuant to paragraph 9 of the settlement agreement, we are remitting a check payable to Ms. Overbey and you as counsel, in the amount of $31,500.

Should you have any questions regarding this matter, please feel free to contact me. Thank you.

Very truly yours,

David E. Ralph
Deputy City Solicitor

DER/slr
Enclosure

Printed on recycled paper with environmentally friendly soy based ink.

# MAYOR AND CITY COUNCIL OF BALTIMORE
## ACCOUNTS PAYABLE DIVISION
### Baltimore, MD 21202-3419

Check Number: 1365008

Date: 10/01/2014

The attached check is in full payment of account as shown below. Please detach check before presentation at bank. No receipt or acknowledgment other than endorsement on check is necessary. If settlement is not satisfactory return both statement and check to the Accounts Payable Division of the Bureau of Accounting and Payroll Services.

Ashley Overby & Robert L. Smith Jr Esq.

180 City Hall
c/o Law Department
Baltimore, MD 21202

| Date | Invoice Number | PO Number | Description | Paid Amount |
|---|---|---|---|---|
| 09/30/2014 | COB-000151557 | EA000151557 | 07575701 | $31,500.00 |



TOTAL: $31,500.00

---

THIS DOCUMENT IS PRINTED WITH SECURITY FEATURES ON A BLUE BACKGROUND

# MAYOR AND CITY COUNCIL OF BALTIMORE
## ACCOUNTS PAYABLE DIVISION
### Baltimore, MD 21202-3419

M&T Bank
Manufacturers and Traders Trust Company

Check Number: 1365008    7-11/520

Pay

DATE: Oct 1, 2014

AMOUNT: $31,500.00

Thirty One Thousand Five Hundred Dollars and 00 Cents

To The Order Of: Ashley Overby & Robert L. Smith Jr Esq.

180 City Hall
c/o Law Department
Baltimore, MD 21202

VOID AFTER 180 DAYS FROM CHECK DATE

MAYOR

DIRECTOR OF FINANCE



⑈1365008⑈ ⑆052001131⑆9701967961⑈