**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| ASHLEY AMARIS OVERBEY, )<br>)<br>and )<br>)<br>BALTIMORE BREW )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>THE MAYOR AND CITY COUNCIL OF )<br>BALTIMORE, )<br>)<br>and )<br>)<br>BALTIMORE CITY POLICE DEPARTMENT )<br>)<br>   Defendants. )<br>_____ ) | No. 1:17-cv-1793<br>Judge J. Frederick Motz |

**PLAINTIFFS' REQUEST FOR HEARING ON DEFENDANTS' MOTIONS
TO DISMISS AND THE MAYOR AND CITY COUNCIL OF
BALTIMORE'S ALTERNATIVE MOTION FOR SUMMARY
JUDGMENT AND MOTION TO STRIKE JURY DEMAND**

  Pursuant to Local Rule 105(6), Plaintiffs Ashley A. Overbey and Baltimore Brew hereby respectfully request a hearing on Defendants' Motions To Dismiss and the Mayor and City Council of Baltimore's Alternative Motion for Summary Judgment and Motion To Strike Jury Demand.

September 1, 2017                                    Respectfully submitted,


                                                     /s/ *Daniel Wolff*
                                                     Daniel Wolff (No. 19940)
                                                     Benjamin C. Wastler
                                                     Nkechi Kanu
                                                     Tyler O'Connor
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Avenue, N.W.
                                                     Washington, D.C. 20004
                                                     dwolff@crowell.com
                                                     bwastler@crowell.com
                                                     nkanu@crowell.com
                                                     toconnor@crowell.com
                                                     Telephone: (202) 624-2500
                                                     Fax: (202) 628-5116

                                                     ***Attorneys for Plaintiffs Ashley Overbey and
                                                     Baltimore Brew***

OF COUNSEL

Deborah Jeon (No. 06905)
Nicholas Steiner (No. 19670)
ACLU of Maryland
3600 Clipper Mill Rd, Suite 350
Baltimore, MD 21211
Telephone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org
steiner@aclu-md.org