IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ASHLEY AMARIS OVERBEY, ET AL. | * | |
| | * | |
| v. | * | Civil No. – JFM-17-1793 |
| | * | |
| THE MAYOR AND CITY COUNCIL OF BALTIMORE, ET AL. | * | |
| | * | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 4th day of October 2017

ORDERED

1. Defendant Mayor and City Council of Baltimore's motion to dismiss or for summary judgment (document 11) is treated as one to dismiss and, as such, is granted;

2. The motion to dismiss filed by the Baltimore Police Department (document 10) is granted; and

3. Judgment is entered in favor of defendants against plaintiff.

_____
J. Frederick Motz
United States District Judge