IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY AMARIS OVERBEY,<br><br>and<br><br>BALTIMORE BREW<br>   *Plaintiffs*,<br><br>v.<br><br>THE MAYOR AND CITY COUNCIL OF BALTIMORE<br><br>and,<br><br>BALTIMORE CITY POLICE DEPARTMENT<br><br>   *Defendants.* | Case No. 1:17-cv-1793<br>Judge Marvin J. Garbis |

## NOTICE OF APPEAL

Notice is hereby given that Ashley Overbey and Baltimore Brew appeal to the United States Court of Appeals for the Fourth Circuit from the judgment and final order of this Court entered on November 29, 2017.

| | |
|---|---|
| Date: December 20, 2017 | Respectfully submitted, |
| | */s/ Daniel W. Wolff* |
| Deborah Jeon (No. 06905) | Daniel W. Wolff (No. 19940) |
| Nicholas Steiner (No. 19670) | Benjamin Wastler |
| ACLU of Maryland | Nkechi Kanu |
| 3600 Clipper Mill Rd, Suite 350 | Tyler O'Connor |
| Baltimore, MD 21211 | Crowell & Moring LLC |
| Telephone: (410) 889-8555 | 1001 Pennsylvania Avenue, N.W. |
| Fax: (410) 366-7838 | Washington D.C. 20004-2595 |
| jeon@aclu-md.org | Phone: 202-624-2500 |
| steiner@aclu-md.org | Fax: 202-628-5116 |
| | dwolff@crowell.com |
| | bwastler@crowell.com |
| | nkanu@crowell.com |
| | toconnor@crowell.com |

*Attorneys for Ashley Amaris Overbey and Baltimore Brew*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2017, Plaintiffs Ashley Overbey and Baltimore Brew filed the foregoing document through the United States District Court ECF System to be served by CM/ECF electronic filing on all counsel of record.

*/s/ Daniel W. Wolff*
Daniel W. Wolff