FILED: December 22, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2444
(1:17-cv-01793-MJG)

_____

ASHLEY AMARIS OVERBEY; BALTIMORE BREW

      Plaintiffs - Appellants

v.

MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE CITY POLICE DEPARTMENT

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:17-cv-01793-MJG |
| Date notice of appeal filed in originating court: | 12/20/2017 |
| Appellant (s) | Ashley Overbey and Baltimore Brew |
| Appellate Case Number | 17-2444 |
| Case Manager | Anisha Walker<br>804-916-2704 |