FILED: July 23, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2444
(1:17-cv-01793-MJG)

_____

ASHLEY AMARIS OVERBEY; BALTIMORE BREW

      Plaintiffs - Appellants

v.

THE MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE CITY POLICE DEPARTMENT

      Defendants - Appellees

------------------------------

AMERICAN SOCIETY OF NEWS EDITORS; ASSOCIATED PRESS MEDIA EDITORS; ASSOCIATION OF ALTERNATIVE NEWSMEDIA; BUZZFEED; GANNETT COMPANY, INCORPORATED; HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC; INTERNATIONAL DOCUMENTARY ASSOCIATION; INVESTIGATIVE REPORTING PROGRAM AT UC BERKELEY; INVESTIGATIVE REPORTING WORKSHOP AT AMERICAN UNIVERSITY; TAWANDA JONES; MPA- THE ASSOCIATION OF MAGAZINE MEDIA; MARYLAND D.C. DELAWARE BROADCASTERS ASSOCIATION; MARYLAND-DELAWARE-DISTRICT OF COLUMBIA PRESS ASSOCIATION; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; NATIONAL WOMEN'S LAW CENTER; ONLINE NEWS ASSOCIATION; PUBLIC JUSTICE; PUBLIC JUSTICE CENTER; REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; SOCIETY OF PROFESSIONAL JOURNALISTS; THE BALTIMORE SUN; THE CENTER FOR INVESTIGATIVE REPORTING; THE E. W. SCRIPPS

COMPANY; THE WASHINGTON POST; TULLY CENTER FOR FREE SPEECH; WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

        Amici Supporting Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

        Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

                                                                     */s/Patricia S. Connor, Clerk*