FILED: August 28, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2444
(1:17-cv-01793-MJG)
_____

ASHLEY AMARIS OVERBEY; BALTIMORE BREW

      Plaintiffs - Appellants

v.

THE MAYOR AND CITY COUNCIL OF BALTIMORE; BALTIMORE CITY POLICE DEPARTMENT

      Defendants - Appellees

------------------------------

AMERICAN SOCIETY OF NEWS EDITORS; ASSOCIATED PRESS MEDIA EDITORS; ASSOCIATION OF ALTERNATIVE NEWSMEDIA; BUZZFEED; GANNETT COMPANY, INCORPORATED; HOWARD UNIVERSITY SCHOOL OF LAW CIVIL RIGHTS CLINIC; INTERNATIONAL DOCUMENTARY ASSOCIATION; INVESTIGATIVE REPORTING PROGRAM AT UC BERKELEY; INVESTIGATIVE REPORTING WORKSHOP AT AMERICAN UNIVERSITY; TAWANDA JONES; MPA-THE ASSOCIATION OF MAGAZINE MEDIA; MARYLAND D.C. DELAWARE BROADCASTERS ASSOCIATION; MARYLAND-DELAWARE-DISTRICT OF COLUMBIA PRESS ASSOCIATION; NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION; NATIONAL WOMEN'S LAW CENTER; ONLINE NEWS ASSOCIATION; PUBLIC JUSTICE; PUBLIC JUSTICE CENTER; REPORTERS COMMITTEE FOR

FREEDOM OF THE PRESS; SOCIETY OF PROFESSIONAL JOURNALISTS; THE BALTIMORE SUN; THE CENTER FOR INVESTIGATIVE REPORTING; THE E. W. SCRIPPS COMPANY; THE WASHINGTON POST; TULLY CENTER FOR FREE SPEECH; WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS

      Amici Supporting Appellant

_____

O R D E R

_____

The Court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35.

Judge Floyd and Judge Thacker voted to deny the petition, and Judge Quattlebaum voted to grant the petition.

      For the Court

      /s/ Patricia S. Connor, Clerk