**CITY OF BALTIMORE**

BERNARD C. "JACK" YOUNG
**Mayor**



**DEPARTMENT OF LAW**
ANDRE M. DAVIS, CITY SOLICITOR
100 N. HOLLIDAY STREET
SUITE 101, CITY HALL
BALTIMORE, MD 21202

October 1, 2019

The Honorable Deborah K. Chasanow
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

        Re:    Ashley Overbey, et al. v. Mayor & City Council of Baltimore, et al.
                Civil Action No. 1:17-cv-01793-DKC

Your Honor:

        Per your September 19, 2019 Letter Order, ECF No. 47, the undersigned submits this position letter on behalf of Defendant Baltimore Police Department. The undersigned contacted the Plaintiffs today and they advised via electronic message that, "Plaintiffs will stipulate that BPD is no longer in this case." As a result, I will not address the merits of any of Plaintiffs' allegations. Thank you for your time and consideration of this matter.

                            Respectfully submitted,

                            /s/
                            CHRISTOPHER R. LUNDY
                            Federal Bar No. 29888
                            Chief Solicitor
                            Police Legal Affairs Practice Group
                            Baltimore City Department of Law
                            100 N. Holliday Street, Suite 101
                            Baltimore, Maryland 21202
                            (443) 835-0282 (phone)
                            (410) 396-2126 (fax)
                            christopher.lundy@baltimorecity.gov

cc: All Counsel of Record via CM-ECF filing