

**Bernard C. "Jack" Young**
**Mayor**

**Baltimore City Executive Order**
**2019-02**

## INSURING TRANSPARENCY IN POLICE-INVOLVED LITIGATION

**WHEREAS**, the Mayor of Baltimore believes in the dignity of all of Baltimore's residents and recognizes the importance of their personal agency in speaking truth to power in all matters; and

**WHEREAS**, the fractures in the trust relationship between Baltimore City residents and the Baltimore City Police Department is a matter of concern to all stakeholders and the effort to repair that relationship is on-going at many levels of the community and the City government, including but not limited to the mandates embodied in the consent decree now being implemented under the supervision of the federal court; and

**WHEREAS**, under the Baltimore City Charter, Section 26 of Article VII, "[t]he City Solicitor shall have authority to institute, defend or discontinue on behalf of the City, any suit, action, or proceeding in any local, State or federal court or tribunal," prior City government officials have employed the above authority granted by the Charter to require plaintiffs in litigation arising out of alleged police misconduct, as a condition of the receipt of payments from the City in settlement of such litigation, to refrain from speaking publicly about the litigation, through the use of non-disparagement clauses; and

**WHEREAS**, in the view of the Mayor and incumbent City Solicitor, such restraints on settling plaintiffs are inimical to transparency and the widespread efforts to restore the relationship of trust necessary to the City's commitment to wholesale police reform,

**NOW, THEREFORE, I, Bernard C. "Jack" Young**, Mayor of the City of Baltimore, by virtue of the authority vested in me by the Baltimore City Charter, do hereby find and declare by this Executive Order:

It is the policy of the Mayor and City Council of Baltimore that unreasonable constraints on free speech rights are categorically contrary to the best interests of the City and its residents, and do not meaningfully contribute to the restoration of trust between members of the broader community and police officers and other public servants; and

Such unreasonable constraints will not be employed in the Release and Settlement Agreements routinely executed in the settlement of litigation against the City, its departments, agencies, commissions, officials, and employees.

IN WITNESS HEREOF, I HAVE HEREUNTO PLACED MY HAND AND THE GREAT SEAL OF THE CITY OF BALTIMORE THIS __13th__ DA~~Y OF~~ __September__, 2019.

**BERNARD C. "JACK" YOUNG**
**MAYOR**

Approved as to Form and Legal Sufficiency by the Law Department of Baltimore City:

**ANDRE M. DAVIS**
City Solicitor