```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| ASHLEY AMARIS OVERBEY, et al. | : |
| | : |
| v. | : Civil Action No. DKC 17-1793 |
| | : |
| THE MAYOR AND CITY COUNCIL OF BALTIMORE, et al. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of September, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. The claims of Baltimore Brew BE, and the same hereby ARE, DISMISSED as moot;

2. The claims against Baltimore City Police Department BE, and the same hereby ARE, DISMISSED;

3. The motion for summary judgment filed by Plaintiff Ashley Amaris Overbey (ECF No. 61) BE, and the same hereby IS, GRANTED;

4. Judgment BE, and the same hereby IS, ENTERED in favor of Plaintiff Ashley Amaris Overbey and against the Mayor and City Council of Baltimore in the amount of $31,500, plus prejudgment interest at the rate of 6% per annum dating from October 8, 2014;

5. All other claims for relief BE, and the same hereby ARE, DISMISSED and all prior rulings are incorporated herein, making this judgment final for purposes of Fed.R.Civ.P. 58; and

6. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

/s/
DEBORAH K. CHASANOW
United States District Judge